

**FILED**

JAN 6 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADRIAN CABRERA ESPINOZA, Petitioner, v. MERRICK B. GARLAND, Attorney General, Respondent. | No. 23-2583 Agency No. A079-369-148 ORDER |

Before: R. NELSON, MILLER, and DESAI, Circuit Judges.

The government's motion to accept its late response to petitioner's motion to stay the mandate, Dkt. 50, is granted. Petitioner's motion for an extension of time to file a reply in support of his motion to stay the mandate, Dkt. 53, is granted.[1] Petitioner may file a reply in support of his motion to stay the mandate on or before January 9, 2025.

---

[1] Petitioner's request for an extension of time to file a response to the government's motion to accept its late filing is denied as moot.